■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE TUCKER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered March 28, 1984, convicting him of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We find no abuse of discretion in the trial court's *Sandoval* ruling permitting the prosecutor to inquire into the acts underlying two pending felony indictments against the defendant, as well as several prior misdemeanor convictions *(see, People v Pavao,* 59 NY2d 282; *People v Agro,* 96 AD2d 908). It is well settled that the extent of cross-examination bearing on the credibility of a witness "is discretionary with the trial court, and its rulings are not subject to review, unless it clearly appears that the discretion has been abused" *(People v Duffy,* 36 NY2d 258, 262-263, *cert denied* 423 US 861; *People v Schwartzman,* 24 NY2d 241, 244, *cert denied* 396 US 846; *People v Bennette,* 56 NY2d 142). Mangano, J. P., Gibbons, Bracken and Spatt, JJ., concur.